UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA WILSON, as Administratrix, )<br>of the Estate of JOHNNY HOLLMAN, SR., )<br>deceased and BETTY MORRIS, )<br>individually, and as the surviving spouse of )<br>JOHNNY HOLLMAN, SR., Decedent )<br>)<br>    Plaintiffs, )<br>)<br>CITY OF ATLANTA, GEORGIA, a )<br>municipal corporation of the State of )<br>Georgia, CHIEF DARIN SCHIERBAUM )<br>in his individual capacity and official )<br>capacity, and KIRAN KIMBROUGH )<br>individually, )<br>)<br>    Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:24-cv-00246-MHC |

## ENTRY OF APPEARANCE

Thomas M. Mitchell of the firm of Carothers & Mitchell, LLC hereby enters his appearance as lead counsel for OFFICER KIRAN KIMBROUGH, one of the named Defendants in the above-styled action. Please direct future pleadings and correspondence to the undersigned attorney and law firm below.

This 8th day of February, 2024.

                                                    CAROTHERS & MITCHELL, LLC

                                                    */s/ Thomas M. Mitchell*

1809 Buford Highway               _____
Buford, GA  30518                  THOMAS M. MITCHELL
770-932-3552                           Georgia Bar No. 513597
thomas.mitchell@carmitch.com    Attorney for Defendant Kiran Kimbrough

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA WILSON, as Administratrix, )<br>of the Estate of JOHNNY HOLLMAN, SR., )<br>deceased and BETTY MORRIS, )<br>individually, and as the surviving spouse of )<br>JOHNNY HOLLMAN, SR., Decedent )<br>)<br>    Plaintiffs, )<br>)<br>CITY OF ATLANTA, GEORGIA, a )<br>municipal corporation of the State of )<br>Georgia, CHIEF DARIN SCHIERBAUM )<br>in his individual capacity and official )<br>capacity, and KIRAN KIMBROUGH )<br>individually, )<br>)<br>    Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:24-cv-00246-MHC |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **ENTRY OF APPEARANCE OF THOMAS M. MITCHELL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to the following counsel of record:

 Harold W. Spence
 Brittney Dobbins
 Mawuli Melvyn Malcolm Davis
 Davis Bozeman Law Firm, P.C.
 Trinity Office Park, Suite 332
 4153-C Flat Shoals Parkway
 Decatur, GA  30034
 404-349-4229
 *Attorney for Plaintiff*

hspence@davisbozemanlaw.com
mdavis@davisbozemanlaw.com

I further certify pursuant to L.R. 7.1D that the above-titled document complies with L.R. 5.1B and was prepared using a 14-point Times New Roman font.

This 8th day of February, 2024.

                                              CAROTHERS & MITCHELL, LLC

                                              */s/ Thomas M. Mitchell*

                                              _____
                                              THOMAS M. MITCHELL
                                              Georgia Bar No. 513597
                                              Attorney for Defendant Kiran Kimbrough

1809 Buford Highway
Buford, GA  30518
(770) 932-3552
(770) 932-6348 FAX
thomas.mitchell@carmitch.com