UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA WILSON, as Administratrix, )<br>of the Estate of JOHNNY HOLLMAN, SR., )<br>deceased and BETTY MORRIS, )<br>individually, and as the surviving spouse of )<br>JOHNNY HOLLMAN, SR., Decedent ) <br> ) <br> Plaintiffs, ) <br> ) <br>CITY OF ATLANTA, GEORGIA, a ) <br>municipal corporation of the State of ) <br>Georgia, CHIEF DARIN SCHIERBAUM ) <br>in his individual capacity and official ) <br>capacity, and KIRAN KIMBROUGH ) <br>individually, ) <br> ) <br> Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:24-cv-00246-MHC |

## **ENTRY OF APPEARANCE**

Mary T. Minter of the firm of Carothers & Mitchell, LLC hereby enters her appearance as additional counsel for DEFENDANT KIRAN KIMBROUGH in the above-styled action, and requests that she be added to the docket as additional counsel for this Defendant. Please direct all future pleadings and other notices to her at the address below. Thomas M. Mitchell will remain as lead counsel.

(signatures continued on next page)

1

This 8th day of February, 2024.

                                                          **CAROTHERS & MITCHELL, LLC**

                                                          */s/ Mary T. Minter*
                                                          MARY T. MINTER
                                                          Georgia Bar No. 892497

1809 Buford Highway               THOMAS M. MITCHELL
Buford, GA 30518                  Georgia Bar No. 513597
770-932-3552                        Attorneys for Defendant Kiran Kimbrough
770-932-6348 FAX
thomas.mitchell@carmitch.com
mary.minter@carmitch.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA WILSON, as Administratrix, )<br>of the Estate of JOHNNY HOLLMAN, SR., )<br>deceased and BETTY MORRIS, )<br>individually, and as the surviving spouse of )<br>JOHNNY HOLLMAN, SR., Decedent )<br>)<br>    Plaintiffs, )<br>)<br>CITY OF ATLANTA, GEORGIA, a )<br>municipal corporation of the State of )<br>Georgia, CHIEF DARIN SCHIERBAUM )<br>in his individual capacity and official )<br>capacity, and KIRAN KIMBROUGH )<br>individually, )<br>)<br>    Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:24-cv-00246-MHC |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **ENTRY OF APPEARANCE OF MARY T. MINTER** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to the following counsel of record:

Harold W. Spence
Brittney Dobbins
Mawuli Melvyn Malcolm Davis
Davis Bozeman Law Firm, P.C.
Trinity Office Park, Suite 332
4153-C Flat Shoals Parkway
Decatur, GA  30034
404-349-4229
*Attorney for Plaintiff*

3

hspence@davisbozemanlaw.com
mdavis@davisbozemanlaw.com

I further certify pursuant to L.R. 7.1D that the above-titled document complies with L.R. 5.1B and was prepared using a 14-point Times New Roman font.

This 8th day of February, 2024.

**CAROTHERS & MITCHELL, LLC**

/s/ *Mary T. Minter*
MARY T. MINTER
Georgia Bar No. 892497
Attorney for Defendant Kiran Kimbrough

1809 Buford Highway
Buford, GA  30518
(770) 932-3552
(770) 932-6348 FAX
Email:  mary.minter@carmitch.com